IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
                                    FILED ____ ENTERED
                                    LODGED ____ RECEIVED

                                    JUN 0 1 2007

                                    CLERK U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. WMN-98-2115 |
| TERRILEE MOORE, | : | |
| Defendant. | : | |

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded on August 5, 1999, Case# 24-L-99-003376, Receipt# 199900019753, with the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31 day of May, 2007, a copy of the foregoing was delivered by first class mail to:

Terrilee Moore
1314 Edison Highway
Baltimore, MD 21213

Thomas F. Corcoran
Assistant United States Attorney